se. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondents.

No. 289, Misc. JACKSON *v.* HUMPHREY, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 309, Misc. RUDNIK *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 316, Misc. NEAL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. 

No. 317, Misc. CUMMINGS *v.* COOK COUNTY CIRCUIT COURT ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 324, Misc. WELLS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *George Olshausen* for petitioner. 

No. 326, Misc. SCHECTMAN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 329, Misc. HALL *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. 

No. 331, Misc. TYLER *v.* WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied.